Case 4:26-cr-00036-JKW-LRL *SEALED* Document 3 Filed 05/11/26 Page 1 of 9
Case 1:26-mj-01338-CDA Document 1 Filed 06/03/26 Page 1 of 9
PageID# 4



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 4:26-cr-___ |
| | ) **UNDER SEAL** |
| v. | ) |
| | ) |
| COREY BRANDON KNIGHTNOR, | ) 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) |
| | ) Conspiracy to Distribute Methamphetamine |
| | ) (Count 1) |
| | ) |
| | ) 21 U.S.C. § 856(a)(1) |
| | ) Using and Maintaining Drug Premises |
| | ) (Counts 2 & 3) |
| | ) |
| | ) 21 U.S.C. § 922(g)(1) |
| | ) Felon in Possession of a Firearm |
| | ) (Counts 4 & 5) |
| | ) |
| | ) 18 U.S.C. § 924(d); 21 U.S.C. § 853 and 28 |
| | ) U.S.C. § 2461(c) |
| | ) Criminal Forfeiture |

**INDICTMENT**

MAY 2026 TERM - at Newport News, Virginia

THE GRAND JURY CHARGES THAT:

Case 4:26-cr-00036-JKW-LRL *SEALED* Document 3 Filed 05/11/26 Page 2 of 9
Case 1:26-mj-01338-CDA Document 1 Filed 06/03/26 Page 2 of 9
PageID# 5

## COUNT ONE

### (Conspiracy to Distribute 500 Grams or More of Methamphetamine)

Beginning at least in or around 2017, and continuing up to and including the date of the filing of this Indictment, the exact dates being unknown to the grand jury, in the Eastern District of Virginia and elsewhere, the defendant, COREY BRANDON KNIGHTNOR, along other conspirators known and unknown, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with each other and together with other persons known and unknown to the grand jury to commit the following offenses against the United States:

Distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

### WAYS, MANNER, AND MEANS OF THE CONSPIRACY

The primary purpose of the conspiracy is to make money through the distribution of methamphetamine in Yorktown, and Hampton Roads, Virginia within the Eastern District of Virginia and elsewhere. The ways manner and means by which KNIGHTNOR and indicted and unindicted conspirators known and unknown to the Grand Jury carried out the purposes of the conspiracy to include, but are not limited to, the following:

1. It was part of the conspiracy that defendant KNIGHTNOR, would and did play different roles in the conspiracy, taking upon himself different tasks and participating in the affairs of the conspiracy through various criminal acts. Some of the roles, defendant KNIGHTNOR, assumed and carried out included organizer, distributor, supplier/alternate supplier, and facilitator for the drug trafficking conspiracy.

Case 4:26-cr-00036-JKW-LRL *SEALED* Document 3 Filed 05/11/26 Page 3 of 9
Case 1:26-mj-01338-CDA Document 1 Filed 06/03/26 Page 3 of 9
PageID# 6

2. It was further a part of the conspiracy that defendant KNIGHTNOR, and indicted and unindicted co-conspirators, did sell and distribute methamphetamine (a schedule II controlled substance), to persons known and unknown to the Grand Jury in Yorktown, and Hampton Roads, Virginia in the Eastern District of Virginia and elsewhere.

3. It was further a part of the conspiracy that defendant KNIGHTNOR, and indicted and unindicted co-conspirators, were engaged in the unlawful business of possessing with intent to distribute and distributing methamphetamine in Yorktown and Hampton Roads Virginia in the Eastern District of Virginia and elsewhere for profit.

4. It was further part of the conspiracy that through indicted and unindicted co-conspirators defendant KNIGHTNOR, and indicted and unindicted co-conspirators, obtained methamphetamine from California and elsewhere and caused it to be transported to the Eastern District of Virginia and elsewhere for resale by the defendant and his co-conspirators.

5. It was further part of the conspiracy that defendant KNIGHTNOR supplied quantities of methamphetamine to co-conspirator #3 and others in Yorktown, Virginia and elsewhere. Through co-conspirators and others, KNIGHTNOR supplied others.

6. It was further part of the conspiracy that defendant KNIGHTNOR stored methamphetamine in Yorktown, Virginia and elsewhere.

7. It was further part of the conspiracy that defendant KNIGHTNOR, and co-conspirators used communication facilities and devices to facilitate the distribution of methamphetamine and facilitate the transfer of drug proceeds.

3

OVERT ACTS

In furtherance of the conspiracy and to bring about the objects and goals of the conspiracy, defendant KNIGHTNOR and indicted and unindicted co-conspirators, committed overs acts in the Eastern District of Virgina and elsewhere, including but not limited to the following:

1.  Between 2017 and 2020, defendant KNIGHTNOR, utilizing Cash App account "Shell Gang Gunna" with Cash Tag "$linkolnpark", transferred $8,600 United States currency (USC) to known and unknown co-conspirators in California, all suspected of being drug traffickers, using address *02 Barham Boulevard, Yorktown, Virginia and *43 32nd Street, Newport News, Virginia.

2.  On or about June 30, 2017, KNIGHTNOR, utilizing Cash App account "Shell Gang Gunna" with Cash Tag "$linkolnpark", transferred $2,400 USC to co-conspirator #1, known to have at least one arrest for distributing methamphetamine, and suspected of being part a drug trafficking organization operating between California and Missouri known to distribute methamphetamine, opium derivatives, and marijuana.

3.  On or about June 6, 2018, KNIGHTNOR, utilizing Cash App account "Shell Gang Gunna" with Cash Tag "$linkolnpark", transferred $540 USC to co-conspirator #2, known to have at least one felony conviction for trafficking narcotics and possessing/purchase for sale narcotics.

4.  On various dates between 2019 through approximately March 2021, the exact dates being unknown to the Grand Jury, in the Eastern District of Virginia, KNIGHTNOR regularly supplied co-conspirator # 3 methamphetamine in the parking lot of an apartment complex located at **01 Old Williamsburg Road, Yorktown, Virgina.

4

5. On various dates between 2017 through approximately March 2021, the exact dates being unknown to the Grand Jury, in the Eastern District of Virginia, co-conspirator # 3 provided methamphetamine supplied to him by KNIGHTNOR to others.

6. On or about February 2, 2023, KNIGHTNOR posted a photograph of himself on Instagram, wherein the grip of a Glock style firearm can be seen hanging out of his pocket, captioned "shellganggunna Linckoln everywhere" with one of the hashtags being "#sandiego" and another being "wh50p"

7. On or about February 4, 2023, KNIGHTNOR utilized telephone number ending in 9185, a phone number also associated with the Cash App account "Shell Gang Gunna" with a Cash Tag of "$linckolnpark", to contact the United States Postal Service (USPS) to inquire about parcel EJ526275916US.

8. Between on or about February 3, 2023, and February 16, 2023, a partial IP address based out of Yorktown, VA, tracked parcels EL327226425US and EJ526275916US approximately 86 times. USPS business records revealed both packages originated from San Diego, California. One destined for destined for **01 Old Williamsburg Road, Yorktown VA, 23690 and the other destined for ** 01 Old Williamsburg Road, Yorktown PA, 23690. Old Williamsburg Road only exists in Yorktown, Virgina. There is no Old Williamsburg Road in Yorktown Pennsylvania.

9. On or about February 15, 2023, USPS parcel EL327226425US containing approximately 453 grams of methamphetamine was seized by the United States Postal Inspection Service (USPIS) destined for **01 Old Williamsburg Road, Yorktown, Virginia.

Case 4:26-cr-00036-JKW-LRL *SEALED* Document 3 Filed 05/11/26 Page 6 of 9
Case 1:26-mj-01338-CDA Document 1 Filed 06/03/26 Page 6 of 9
PageID# 9

10. USPS parcel EL327226425US was addressed to Turese Jones. There are no records that list a Turese Jones to be affiliated with **01 Old Williamsburg Road, Yorktown, Virginia. KNIGHTNOR is affiliated with **01 Old Williamsburg Road, Yorktown, Virginia during this time period.

11. On or about February 22, 2023, parcel EL596039415US, shipped from California and destined for *02 Barham Boulevard, Yorktown, Virginia was tracked by a costumer account utilizing that address, registered under the name "Shell gang Gunna".

12. On or about March 17, 2026, KNIGHTNOR posted a photograph of himself and others on Instagram, wherein the grip of a Taurus style firearm can be seen hanging out of his pocket, captioned "shellganggunna Happy Linckolnpark day wh50p".

(In violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(A)(viii).)

## COUNT TWO

### (Using and Maintaining Drug Premises)

At some point in or around 2019, the exact date being unknown to the Grand Jury, through in or about 2023, the defendant, COREY BRANDON KNIGHTNOR, did unlawfully and knowingly use and maintain a place located at **01 Old Williamsburg Road, in Yorktown, Virginia, for the purpose of distributing and using a controlled substance.

(In violation of Title 21, United States Code, Section 856(a)(1).)

6

Case 4:26-cr-00036-JKW-LRL *SEALED* Document 3 Filed 05/11/26 Page 7 of 9
Case 1:26-mj-01338-CDA Document 1 Filed 06/03/26 Page 7 of 9
PageID# 10

COUNT THREE

(Using and Maintaining Drug Premises)

At some point in or around 2022, the exact date being unknown to the Grand Jury, through in or about 2024, the defendant, COREY BRANDON KNIGHTNOR, did unlawfully and knowingly use and maintain a place located at *02 Barham Boulevard, in Yorktown, Virginia, for the purpose of distributing and using a controlled substance.

(In violation of Title 21, United States Code, Section 856(a)(1).)

COUNT FOUR

(Felon in Possession of a Firearm)

On or about February 2, 2023, in the Eastern District of Virginia, the defendant, COREY BRANDON KNIGHTNOR, having knowingly been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate commerce, a firearm, to wit: a Glock, semiautomatic handgun, and ammunition which had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).)

COUNT FIVE

(Felon in Possession of a Firearm)

On or about March 17, 2026, in the Eastern District of Virginia, the defendant, COREY BRANDON KNIGHTNOR, having knowingly been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate commerce, a firearm, to wit: a Taurus, semiautomatic handgun, and ammunition which had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).)

7

Case 4:26-cr-00036-JKW-LRL *SEALED*    Document 3    Filed 05/11/26    Page 8 of 9
Case 1:26-mj-01338-CDA    Document 1-1    Filed 06/03/26    Page 8 of 9
PageID# 11

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of any of the violations alleged in counts one through three this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

    a. Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation; and

    b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

2. The defendant, if convicted of any of the violations alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).)

8

Case 4:26-cr-00036-JKW-LRL *SEALED*    Document 3    Filed 05/11/26    Page 9 of 9
Case 1:26-mj-01338-CDA    Document 1-2    Filed 06/03/26    Page 9 of 9
PageID# 12

_United States v. Corey Brandon Knightnor_
Criminal No. 4:26-cr-___36___

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

**REDACTED COPY**

_____

FOREPERSON

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

By: _____
Devon E.A. Heath
Assistant United States Attorney
United States Attorneys' Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
Devon.Heath@usdoj.gov

9